ADELSTON, D.

v.

WILSON, A.

2060 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

November Term, 2015 No. 1597
(Philadelphia)

Quashed

COM.

v.

BAGLEY, T.

2419 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0009928–2010
(Philadelphia)

Affirmed

MTGLQ, INVESTORS

v.

D'ANGIOLINI, D.

2731 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

No. 2010–06371
(Bucks)

Affirmed

IN the INTEREST OF: C.E.L.M.P.,
a Minor

3222 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

FID: 51–FN–001755–2014
(Philadelphia)

Affirmed